# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michele Ping, | ) |
|                  Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 3:18-cv-216 |
| Aneta Nursing Home Incorporated, | ) |
|                  Defendant. | ) |

A settlement conference was held on October 30, 2019, at the courthouse in Fargo. At the conclusion of the conference, the partiesreached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents by December 2, 2019. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 31st day of October, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court